**No. 09-10590. Christopher Rozier, Petitioner v. United States.**

560 U.S. 958, 130 S. Ct. 3399, 177 L. Ed. 2d 313, 2010 U.S. LEXIS 4708.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 598 F.3d 768.

**No. 09-10597. Brandon Rhode, Petitioner v. Hilton Hall, Warden.**

560 U.S. 958, 130 S. Ct. 3399, 177 L. Ed. 2d 313, 2010 U.S. LEXIS 4639, ■

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 582 F.3d 1273.

**No. 09-10600. Dexter Anderson, Petitioner v. United States.**

560 U.S. 958, 130 S. Ct. 3399, 177 L. Ed. 2d 313, 2010 U.S. LEXIS 4577.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 365 Fed. Appx. 17.

**No. 09-10608. Juan Magana-Colin, Petitioner v. United States.**

560 U.S. 958, 130 S. Ct. 3399, 177 L. Ed. 2d 313, 2010 U.S. LEXIS 4664.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 359 Fed. Appx. 837.

**No. 09-10618. Dedrick Richardson, Petitioner v. United States.**

560 U.S. 958, 130 S. Ct. 3400, 177 L. Ed. 2d 313, 2010 U.S. LEXIS 4605.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 352 Fed. Appx. 47.

**No. 09-10620. Sandra Reeder, et vir, Petitioners v. United States.**

560 U.S. 958, 130 S. Ct. 3400, 177 L. Ed. 2d 313, 2010 U.S. LEXIS 4665.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10624. Diane Beverly Siguenza, Petitioner v. United States.**

560 U.S. 958, 130 S. Ct. 3400, 177 L. Ed. 2d 313, 2010 U.S. LEXIS 4607.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 361 Fed. Appx. 483.

**No. 09-10627. Joel Soto, Petitioner v. United States.**

560 U.S. 958, 130 S. Ct. 3401, 177 L. Ed. 2d 313, 2010 U.S. LEXIS 4621.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 374 Fed. Appx. 785.